IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CALLIE LAVETA TRAIL, ET AL.                                             PLAINTIFFS

vs.                                    CASE NO. **2:06CV00223GH**

AMW CONTRACTING, LLC.                                                   DEFENDANT

## **ORDER**

Defendant removed this case on the basis of diversity jurisdiction. Defendant's answer and motion to dismiss, filed in state court, was part of the record removed to this Court.

The motion to dismiss, which raises the defense of personal jurisdiction, does not comply with Local Rule 7.2 which requires that all motions be accompanied by a brief consist of a concise statement of relevant facts and applicable law.

Accordingly, the motion to dismiss is denied without prejudice to renew by filing a motion in compliance with Local Rule 7.2.

IT IS SO ORDERED this 12th day of December, 2006.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE